# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES J. SPIKES, JR.

NO. 2021 KW 1612

**FEBRUARY 25, 2022**

---

In Re:     James J. Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 99-CR5-75460.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT